IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEPHEN W. REESE,

    Plaintiff,

v.                                                          Civil Action No. **3:22CV571**

SGT. WILLIAM NEWMAN,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on October 3, 2022, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed of his address if he relocates or is released. On April 17, 2023, the United States Postal Service returned an April 10, 2023, Memorandum Order to the Court marked, "RETURN TO SENDER," and "Inmate No Longer Here." (ECF No. 17.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 24 April 2023
Richmond, Virginia